CHARLES H. DABNEY et al., Appellants, *v.* SIMON STEPHENS, COURTLAND P. DIXON, EDWARD LEARNED, WILLIAM L. PALMER, and EDWIN L. SIMPSON, Respondents.

(Argued June 22d, 1871; decided September 2d, 1871.)

ACTION brought against defendants as trustees of the Simpson Water-proof Manufacturing Company (they having failed to file statement required by law), to recover balance of a draft alleged to have been drawn by said company under an agreement with plaintiffs for credit. Judgment for plaintiffs on trial. Reversed by General Term and new trial ordered, on the ground that the proof was insufficient to establish the fact, that an agreement for credit was made with the company, or that the draft was drawn by the company.

*W. D. White*, for appellants.

*J. Shearman*, for respondent Stephens.

*A. Stickney*, for respondents Dixon et al.

RAPALLO, J. reads opinion for affirmance of order as to defendants, LEARNED, DIXON, and PALMER, with costs and reversal of order, and affirmance of judgment entered on report of referee as to Stephens, with costs, deducting $100 with interest from September 1st, 1865, to December 18th, 1869, amounting to $130.08.

All concur.

Judgment accordingly.

The grounds of the decision are, that defendant Stephens, in his answer admits the agreement for credit, and making of draft, and as to him no proof was necessary. The $100 deducted was an error in computation.